## Rebecca J. HUFFMAN, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 03–3111.

United States Court of Appeals, Federal Circuit.

March 5, 2003.

## ON MOTION

*ORDER*

Rebecca J. Huffman moves without opposition to voluntarily dismiss her petition for review.

---

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.